12-CR-63

J.E. Polk Corr Fcty
Attn: Jonathan Jimenez
211 Bush BLVD.
Sanford, FL 32773

September 9, 2013
Reg: 99378-004 Fed ID #)

Dear Sir/madam

I am currently being held at Seminole Co. Jail where I have been housed since July. I was transported here by the U.S Marshals to be a witness in a criminal trial (Marcus Dwayne Robinson v.s U.S). I have expressed to the defense counsel Danil Brodersen this case that I no longer want to be a witness for this trial, and would like to be returned to Allenwood U.S.P, PA where I have been housed since the begining of my sentence.

I am exercising my 5th Amendment Constitutional right and wish to be transported back to Allenwood to finish my Federal sentence there. Testifying on behalf of the defendant in this case was not part of my plea agreement nor did I ever agree to be a witness in this case. I was transported here by the Marshals without any knowledge.

Please advise both the defence counsel Mr. Broderson and the U.S Marshals that I would like to be returned to Allenwood at the earliest opportunity.

Sincerely, Jonathan Jimenez