FILED

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

Docket No.: 6:11-CR-277-ORL-31GJK

6:12-CR-63-ORL-31GJK

**Marcus Dwayne Robertson,**

**Defendant.**

---

## DEFENDANT'S MOTION, FOR EARLY TERMINATION OF SUPERVISED RELEASE
## PURSUANT TO TITLE 18 U.S.C. §3583(e)(1)

COMES NOW Defendant, MARCUS DWAYNE ROBERTSON, acting PRO SE in pursuant to 28 U.S.C. § 1654, respectfully requesting that this Court terminate his supervised release pursuant to Rule 32.1 (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §3583(e)(1).

### BACKGROUND

On September 14, 2011, in the United States District Court for the Middle District of Florida, Mr. Robertson was charged in a one count indictment for violation of 18 U.S.C. §§ 992(g)(1), 924(a)(2) and 2.

On January 5, 2012, Mr. Robertson pleaded guilty to this indictment, without a written Plea Agreement. On March 14, 2012, a federal grand jury in the Middle District of Florida, Orlando Division, returned a two-count indictment naming Mr. Robertson and Jonathan Paul Jimenez as defendants.

1

On January 17, 2014, after a bench trial before the Honorable United Sates District Judge Gregory A. Presnell, Mr. Robertson was found guilty as to Count 1. Count 1 charged Conspiracy to Defraud the Government, in violation of 18 U.S.C. § 286.

On June 26, 2015, after a complicated series of factual and legal events, including two and a half days of sentencing hearings, Mr. Robertson was sentenced to time served by the Court. Mr. Robertson was placed on Supervised Release for the period of three years. To this point Mr. Robertson has served more than two and a half years of his three-year supervised release term. His supervised release term is scheduled to end in June of 2018.

## ARGUMENT

Under 18 U.S.C. § 3583(e)(1), the Court has the authority to grant early termination of a previously imposed term of supervised release. Section 3583(e)(1) provides:

> (e) Modification of condition or revocation. The court may, after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and(a)(7)
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.
>
> 18 U.S.C. §3583(e)(1); see also Fed. R. Crim. Procedure 32.1(c)(1), (2)(B) & (C) (providing for hearings for modifications of supervised release, unless the result is favorable to the person supervised and the government does not object after notice).

As of the filing of this motion, Mr. Robertson will have successfully completed nearly 33 months of his 36-month term of supervision, leaving him with approximately three months remaining.

Mr. Robertson has performed well during his period of supervised release: he has had no new contacts with law enforcement, he has paid his special assessment, he has not engaged in any business venture related to the basis for the original Indictment that was filed in 2011, and he has cooperated with the US Probation Office in every way that has been required of him. Mr. Robertson did not let the fact that he served most of his sentence in a windowless cell in isolation alter his humanity.

Since Mr. Robertson's release, he has made several positive contributions to society.

1- By and through Mr. Robertson's Educational Institute; Timbuktu, Mr. Robertson has created 11 jobs. Which is particularly noteworthy during these trying economic times.

2- Timbuktu provides Educational Programs and Services to a registered student body of 5,892 students in 23 culturally diverse countries.

3- Under the Pseudonym "abu taubah" Mr. Robertson along with his daughter Maymoonah, has published two books. **See attachment A**

Mr. Robertson is a family man, and he has continued to support his family.

4- Mr. Robertson's 13-year-old son Hud, was born with a host of health issues. At present Hud has 20 specialist doctors. Since Mr. Robertson's release he has accompanied his son Hud through 7 surgeries, and 63 doctor's appointments at Nemours Children's Hospital.
**See attachment(s) B, C**

5- The multitude of Hud's medical appointments puts a strain on his school attendance. Mr. Robertson and his entire family have had to step in and assist in Hud's education. The fruits of their united efforts can be witnessed in the following. In 2015 Hud received the President's Education Award, and for the 2016-17 school year Hud made Honor Roll.
**See attachment(s) D, E**

6- On January 20, 2017, when Mr. Robertson's pregnant wife, Itisha Wills-Robertson could not make it to the hospital in time to deliver; Mr. Robertson singlehandedly delivered their child, Hannah, in their family car.

7- In October 2017, Mr. Robertson's 15-year old son Ayuub, was diagnosed with Nyctalopia, Congenital Stationary Night Blindness.
**See attachment F**

8- Mr. Robertson has since taken over the education and training of his son, Ayuub.

Mr. Robertson is not a Florida Native. Hence, neither he nor the members of his nuclear family can give and/or receive the full support of their larger extended family.

9- In October 2015, Mr. Robertson was not allowed to travel to New York for his parents fiftieth Anniversary Celebration.

10- In the summer of 2017, Mr. Robertson and his nuclear family were only able to participate in their Family Reunion through Skype.

Mr. Robertson also finds it difficult to continue to live as a family in Orlando.

11- On September 10, 2017 Hurricane Irma, the strongest storm ever recorded in the Atlantic region, struck Mr. Robertson's family home in Orlando. Irma left in its wake, roof damage, water damage, and the destruction of the Air Conditioning unit.
**See attachment(s) G, H, I, J**

12- In January 2018 Mr. Robertson and family were forced to vacate the premises, mold had appeared, and the home was deemed uninhabitable until repaired.

13- Unable to secure suitable housing in Florida on such short notice, Zulaika El-Hadi, one of Mr. Robertson's two wives, and half of the Robertson children went to stay with relatives in North Carolina. Mr. Robertson, his wife Itisha Wills, and seven of the joint children from both wives remained in Florida.

14- Due to the need of ongoing outpatient treatment, it was imperative that Mr. Robertson's two sons, Ayuub and Hud, stay in Florida with their father until their mother, Zulaika El-Hadi could set up a transfer of medical treatment in a North Carolinian facility. Duke's Children Hospital in Durham, and Piedmont Retina Specialists in Greensboro are now prepared to take over treatment of the two Robertson boys.

Mr. Robertson feels at risk living in Orlando.

15- On June 12, 2016 in Orlando, Florida; Mass Murderer Omar Mateen, shot 107 people, killing 49 of them. Even though Mr. Robertson was never accused by Law Enforcement or even approached concerning Omar Mateen, or his mass shooting; the New York Post, an internationally recognized paper published an article alleging that Mr. Robertson was tied to Omar Mateen.
**See attachment(s) K, L**

16- While the New York Post is known for its outrageous headlines, and unsubstantiated allegations; there are 107 victim's families and thousands of Orlando residents who, after witnessing the New York Post's article might believe it true. The fact that Mr. Robertson's picture is displayed in the article side by side with that of a Mass Murderer, puts Mr. Robertson at a greater risk of being recognized in Orlando, discriminated against, and targeted for revenge. In fact, to say that Mr. Robertson feels at risk in Orlando is an understatement.

## CONCLUSION

Mr. Robertson holds that the exemplary performance he has demonstrated during his period of supervised release, as well as the extraordinary circumstances of his current situation warrants a reduction in his term. Therefore, Mr. Robertson respectfully moves this Court under 18 U.S.C. §3583(e)(1) for early termination of his term of supervised release.

Respectfully submitted,

MARCUS DWAYNE ROBERTSON,
PRO SE DEFENDANT,
5081 Commander Drive, Unit # 1331
Orlando, FL 32822
Telephone: (321) 317-8490
Email: toabutaubah@gmail.com

## CERTIFICATE OF SERVICE

I CERTIFY that on the 19th day of MARCH 2018, a true and correct copy of the foregoing was mailed via the UNITED STATES POSTAL SERVICE and was therefore provided by certified mail service to counsel for UNITED STATES, AUSA Roger B. Handberg, III, United States Attorney's Office, 400 West Washington Street, Suite 300, Orlando, Florida 32801.

CERTIFIED MAIL RECIEPT NUMBER: 7017 2400 0001 1281 9315

MARCUS DWAYNE ROBERTSON
PRO SE DEFENDANT