**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:11-cr-277-Orl-31GJK**
                                                         **6:12-cr-63-Orl-31GJK**

**MARCUS DWAYNE ROBERTSON**
_____

# ORDER

This cause came on for consideration without oral argument on the following motions filed herein and the responses thereto:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** (Doc. 124 in 6:11-cr-277 and Doc. 320 in 6:12-cr-63).   The Government responded at Doc. 126 in 6:11-cr-277 and at Doc. 322 in 6:12-cr-63. |
| **FILED:** | **March 19, 2018** |
| | **THEREON** it is **ORDERED** that the motions are **GRANTED**.   Defendant is hereby released from further supervision by this court in these cases. |

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant