UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:12-cr-63-Orl-31GJK

JONATHAN PAUL JIMENEZ

### SATISFACTION OF JUDGMENT

The special assessment and restitution imposed upon Defendant Jonathan Paul Jimenez by the criminal judgment filed herein on April 22, 2013 (Doc. 154), in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and criminal restitution ordered in this case.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:

*s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
Financial Litigation Unit/smm
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to all parties of record, and I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Jonathan Paul Jimenez
Manchester, KY 40962

                                                        *s/Jillian M. Jewell*
                                                        Assistant United States Attorney